# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### UNITED STATES COURTHOUSE
### ROOM 13-3
### 400 NORTH MIAMI AVENUE, THIRTEENTH FLOOR
### MIAMI, FLORIDA 33128

**FEDERICO A. MORENO**
CHIEF U.S. DISTRICT JUDGE

September 4, 2008

Honorable Ortrie D. Smith
c/o George D. Reynolds, Staff Counsel
Judicial Conference of the United States
Committee on Financial Disclosure
One Colombus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2007 Filing

Dear Judge Smith:

I am in receipt of your letter requesting more information in order to close my 2007 Financial Report.

In Part VII, page 1, line 7, I listed "Mutual Funds (CitiStreet) in the same manner as I did, without objection, in my 2005 report. Since you are requesting more information for the 2007 report I will provide it as follows. The Investment Company is CitiStreet as indicated previously in parenthesis. The mutual funds are in the name of ▮▮▮▮▮▮▮▮▮ and the funds themselves are "MET/AIM Cap App Port" and "Legg Mason Investors, Agg Growth and Money Market." I hope that this additional information adequately responds to your inquiry and will result in closing the 2007 Report. I hope that you can treat this letter as an amendment to my report.

Sincerely,

FEDERICO A. MORENO
Chief U.S. District Judge

FAM/smc

AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br>MORENO, FEDERICO A. | 2. Court or Organization<br>SOUTHERN DISTRICT OF FLORIDA | 3. Date of Report<br>05/14/08 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ____ Final<br>5b. ___ Amended Report | 6. Reporting Period<br>01/01/07-12/31/07 |
|---|---|---|

| 7. Chambers or Office Address<br>U.S. Courthouse. 400 N. Miami Avenue, #13-3<br>Miami. Florida 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

X NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2 | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

X NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1 | Adjunct Professor Stipend - University of Miami Law School | $ 6,000 |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

NONE (No reportable non-investment income.)

| 1 | ██████ law firm's income from Murai, Wald, Biondo & Moreni is not reportable |
|---|---|
| 2 | |

RECEIVED 2008 MAY 22 A 10:39 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

X   NONE (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

X   NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | |
|---|---|---|---|
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

X   NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Prudential (I.R.A. Mutual Funds) | A | Interest | K | T | | | | | |
| 2 Prudential (I.R.A. Mutual Funds) Prudential Money Market | A | Interest | K | T | | | | | |
| 3 Coconut Grove Bank | A | Interest | J | T | | | | | |
| 4 Prudential Securities- Gas System Revenue Series | B | Earn. | K | T | | | | | |
| 5 Equitable Variable Investment | A | Earn. | K | T | | | | | |
| 6 Prudential Variable Investment | A | Earn. | K | T | | | | | |
| 7 Mutual Funds (Citi Street) | D | Earn. | N | T | | | | | |
| 8 Mellon United National Bank | C | Interest | N | T | | | | | |
| 9 Premier American Bank Certificate | A | Interest | L | T | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

68

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F                    ORT MAY BE
SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)